

## Fourth Court of Appeals
### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-26-00513-CR

**IN RE** David **GARZA**

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
                 H. Todd McCray, Justice
                 Velia J. Meza, Justice

Delivered and Filed: July 8, 2026

PETITION FOR WRIT OF MANDAMUS DENIED

Relator, David Garza, filed his petition for writ of mandamus and accompanying record on June 30, 2026. Mandamus is an extraordinary remedy, available only when the relator can show (1) the trial court clearly abused its discretion or violated a duty imposed by law; and (2) there is no adequate remedy by way of appeal. *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). After considering the petition and the record, this court concludes that Garza has not shown he is entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1]This proceeding arises out of Cause No. 2009CRS000735D4, styled *The State of Texas v. David Garza*, pending in the 406th Judicial District Court, Webb County, Texas, the Honorable David E. Garcia presiding.